COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Francisco Ayala v. The State of Texas

Appellate case number:     01-13-00393-CR

Trial court case number:     1820869

Trial court:     County Criminal Court at Law No. 9 of Harris County

On May 20, 2014, this case was abated and remanded to the trial court to determine whether appellant wished to prosecute the appeal and, if so, whether or not appellant's counsel, H. William Johnson, intended to abandon the appeal. The trial court held a hearing on our abatement order on June 11, 2014. The trial court clerk has filed a supplemental clerk's record that contains the trial court's findings and recommendations, and a reporter's record of the hearing. The trial court's findings state that appellant served his sentence in this case and was released from custody, appellant's counsel does not know appellant's whereabouts, and appellant presently is a fugitive in a felony case. The trial court concluded that appellant has abandoned the appeal.

Accordingly, we REINSTATE this case on the Court's active docket. The case may be set for submission and considered without briefs. *See* TEX. R. APP. P. 38.8(b)(4); *Compian v. State*, No. 01-08-00034-CR, 2010 WL 3220644, at *2 (Tex. App.—Houston [1st Dist.] Aug. 12, 2010, no pet.).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                    ☑ Acting individually     ☐ Acting for the Court

Date:  October 23, 2014

1